IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL ALONZO RUFUS, #99284-071            PLAINTIFF

VS.            CIVIL ACTION NO. 5:08cv263-DCB-MTP

KATON LEE VARNADO, et al.            DEFENDANTS

## ORDER DIRECTING RESPONSE TO MOTION

Presently pending before the court is a Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [38], filed by Defendants on July 9, 2009. Plaintiff has not responded to the motion. Because the motion, if granted, could result in the dismissal of this case, the court will afford Plaintiff a final opportunity to respond to the motion.

It is, therefore, ORDERED and ADJUDGED that:

1. Plaintiff shall file his response to the motion on or before September 11, 2009; and

2. Should Plaintiff fail to respond by September 11, 2009, the motion will be considered and ruled upon without his response.

SO ORDERED AND ADJUDGED this the 20th day of August, 2009.

           s/ Michael T. Parker
           United States Magistrate Judge