IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL ALONZA RUFUS, #99284-071                             PLAINTIFF

VS.                              CIVIL ACTION NO. 5:08-cv-263(DCB)(MTP)

KATON LEE VARNADO, ET AL.                                    DEFENDANTS

ORDER

This cause is before the Court on the defendants' Motion to Dismiss, or in the alternative for Summary Judgment **(docket entry 38)**, as well as the Report and Recommendation of Magistrate Judge Michael T. Parker **(docket entry 43)** regarding same, and the plaintiff's objections thereto.[1]  Having carefully considered the recommendations of the magistrate judge, the objections, and the applicable law, the Court finds that the Report and Recommendation of Magistrate Judge Parker should be adopted in its entirety, and that the plaintiff's objections fail to raise any substantive objections to the Report and Recommendations inasmuch as they contain a number of allegations that this Court lacked jurisdiction to hear his case, all of which are without merit.  Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Michael T. Parker **(docket entry 43)** is adopted in

---

[1] On November 4, 2009, the plaintiff filed a letter/motion stating that his "Mandatory Judicial Notice with Objection(s)" which he filed in cause no. 5:08-cv-240 on October 19, 2009, was intended to be filed in this case.  The Court therefore construes the filing as his objections to the Report and Recommendation in this case.

its entirety;

FURTHER ORDERED that the defendants' motion for summary judgment **(docket entry 38)** is GRANTED, the defendants' motion to dismiss **(docket entry 38)** is DENIED AS MOOT;

FURTHER ORDERED that this action is dismissed. A final judgment dismissing this action with prejudice shall follow.

SO ORDERED, this the 25th day of March, 2010.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE