IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL ALONZA RUFUS, #99284-071                                PLAINTIFF

VS.                          CIVIL ACTION NO. 5:08-cv-263(DCB)(MTP)

KATON LEE VARNADO, ET AL.                                      DEFENDANTS

## ORDER

This cause having come before the Court on the Report and Recommendation of Magistrate Judge Michael T. Parker, as well as the defendants' motion for summary judgment, and the Court having granted summary judgment in favor of all defendants in an Order of even date herewith; and the Court having determined, in said Order, that the plaintiff's "Mandatory Judicial Notice with Objection(s)" filed in cause no. 5:08-cv-240 as **docket entries 63 and 64**, should be considered as objections filed in this case; it is therefore

ORDERED that the Clerk of Court file a copy of said docket entries appearing in cause no. 5:08-cv-240 in this case.

SO ORDERED, this the 25th day of March, 2010.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE